CARTERET SAVINGS AND LOAN ASSOCIATION v.
PARTROY ASSOCIATES.

April 10, 1984.

Petition for certification denied.


STATE OF NEW JERSEY v. ALEXANDER SELPH.

April 10, 1984.

Petition for certification denied.


IN THE MATTER OF MELVIN SANDERS v. EAST ORANGE
BOARD OF EDUCATION.

April 10, 1984.

Petition for certification denied.


MARY A. SMITH, T/A FARGO OIL COMPANY v.
THEODORE ELLIS.

April 10, 1984.

Petition for certification denied.